# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ROMEO CORY PITTBULL, | ) | |
| | ) | |
| Petitioner, | ) | |
| vs. | ) | NO. CIV-11-682-HE |
| | ) | |
| OKLAHOMA STATE OF, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER

Petitioner, a state prisoner appearing *pro se*, filed a petition seeking habeas relief pursuant to 28 U.S.C. § 2254. He also filed a motion seeking leave to proceed *in forma pauperis* ("ifp"). Consistent with 28 U.S.C. § 636(b)(1)(B) and (C), the matter was referred to Magistrate Judge Bana Roberts, who concluded that petitioner had sufficient funds to prepay the $5 filing fee. She recommended that petitioner be denied *ifp* status and that the action be dismissed without prejudice if petitioner failed to pay the filing fee within twenty days of an order adopting the Report and Recommendation.

Petitioner paid the $5 filing fee on August 2, 2011. Accordingly, the matter is referred again to Magistrate Judge Roberts for further proceedings.

**IT IS SO ORDERED**.

Dated this 18th day of August, 2011.

JOE HEATON
UNITED STATES DISTRICT JUDGE